**No. 48701.**—Protests 512842–G, etc., of Jardine Matheson & Co., Ltd., et al. (New York).

Opinion by TILSON, J.   The record showed that certain items consist of harvest hats similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664).   The claim at 25 percent under paragraph 1504 (b) (5) was sustained as to those items.

**No. 48702.**—Protests 531968–G, etc., of Samuels Hat Corporation (New York).

Opinion by TILSON, J.   At the trial the president of the plaintiff corporation testified that certain items consist of harvest hats similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664).   In accordance therewith the claim at 25 percent under paragraph 1504 (b) (5) was sustained as to those items.

**No. 48703.**—Protest 589708–G of Colon Hat Corp. (New York).

Opinion by TILSON, J.   At the trial the plaintiff testified that certain items consist of harvest hats similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664).   In accordance therewith the claim at 25 percent under paragraph 1504 (b) (5) was sustained as to those items.